UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MICHAEL S. HOFFMAN and TERESA HOFFMAN,<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No. EDCV13-00029-JST-DTB<br>Hon. Josephine Staton Tucker<br><br>**JUDGMENT IN FAVOR OF DEFENDANT NATIONSTAR MORTGAGE LLC**<br><br>Hearing Date:<br>Date:   April 19, 2013<br>Time:  2:30 p.m.<br>Ctrm:  10A<br><br>Complaint Filed:  December 8, 2012<br>Trial Date:            None |

On April 24, 2013, the Court granted defendant Nationstar Mortgage LLC's (**Nationstar**) motion to dismiss plaintiffs Michael S. Hoffman and Teresa Hoffman's (**plaintiffs**) complaint with prejudice. [*See* ECF Docket No. 23, April 24, 2013 Order].

Therefore, for good cause appearing,

It is hereby ORDERED, ADJUDGED and DECREED that JUDGMENT be entered in favor of Nationstar and against plaintiffs, dismissing plaintiffs' complaint and this action with prejudice.

The Court orders that such judgment be entered.

Dated: May 13, 2013

_____
The Honorable Josephine Staton Tucker
United States District Judge